BRYAN SCHRODER
United States Attorney

GEORGE TRAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: george.tran@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00090-JMK-DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| vs. | ) | DISTRIBUTION OF A CONTROLLED SUBSTANCE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| JASON ACHILLES MCANULTY, a/k/a "Snoop," | ) | |
| | ) | COUNT 2: |
| Defendant. | ) | DISTRIBUTION OF A CONTROLLED SUBSTANCE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | ) | |
| | ) | ENHANCED STATUTORY PENALTIES ALLEGATION: |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | |
| | ) | CRIMINAL FORFEITURE ALLEGATION: |
| | ) | 21 U.S.C. § 853 and Rule 32.2(a) |

//

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about June 17, 2020, within the District of Alaska, the defendant, JASON ACHILLES MCANULTY, a/k/a "Snoop," knowingly and intentionally distributed a controlled substance, to wit: 100 grams or more of a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

COUNT 2

On or about June 26, 2020, within the District of Alaska, the defendant, JASON ACHILLES MCANULTY, a/k/a "Snoop," knowingly and intentionally distributed a controlled substance, to wit: a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, JASON ACHILLES MCANULTY, a/k/a "Snoop," committed the offenses charged in Count 1, he had a final conviction entered in the Superior Court of the State of Alaska in case 3PA-01-1919 for a serious violent felony, Robbery in the First Degree in violation of Alaska Statute § 11.41.500(a)(1), for which he served more than 12 months of imprisonment.

All pursuant to 21 U.S.C. § 841(b)(1)(B).

//

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction for the offenses in violation of 21 U.S.C. § 841, set forth in the above Counts of this Indictment, the defendant, JASON ACHILLES MCANULTY, a/k/a "Snoop," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. $34,922.00 in United States currency

If any of the property described above, as a result of any act or omission of the defendant[s]:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//
//
//
//

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ George Tran
GEORGE TRAN
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:   September 17, 2020

Page 4 of 4
Case 3:20-cr-00090-JMK-DMS   Document 2   Filed 09/18/20   Page 4 of 4